IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHELDON DEAN CHRISTOPHER WATT                                        PETITIONER
Reg. #26435-018

v.                              NO. 2:15cv00081 JLH/JTR

C.V. RIVERA, Warden                                                  RESPONDENT
FCI Forrest City Low

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED, and that this case is DISMISSED without prejudice.

DATED this 25th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE